United States District Court
Northern District of Indiana

Jonathan Lee Riches d/b/a
Gordon Gekko A/K/A
Michael Milken

v.

104th World Series;
Philadelphia Phillies;
Tampa Bay Rays;
Defendants

CASE NO
3:08CV 510

RECEIVED 2008 OCT 30 PM 1:04 US DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

42 USC 1983

Preliminary Injunction, Temporary Restraining order TRO

I face imminent danger from the 2008 world series, Philadelphia Phillies v. Tampa Bay Rays. The world series is being shown on the T.V.'s at FCI Williamsburg. Normally we are locked down at 10pm, cells locked, but because of the defendants, FCI Williamsburg is allowing late night to watch the world series until at least 11:45pm. This puts me in danger because my door is unlocked after 10pm, and I could get attacked by inmate Tampa Bay Rays fans. I'm from Philadelphia, and my loyalty is to the Phillies, Connie Mack, Mike Schmidt, the Phanatic, Veterans Stadium. The majority of inmates on my unit are from Florida, they hate Philly. I seek a restraining order against the world series for creating hate, putting my life in danger. Inmates watch Evan Longoria & Pena hit homeruns, and I fear they will use bats at the FCI Williamsburg softball field and swing at my head with them, Aggravated Assault, I'm scared of bodily harm. The 104th world series must be blacked out from prison T.V. I pray for relief.

Jonathan Lee Riches d/b/a
Gordon Gekko a/k/a Michael Milken
#40948-018
FCI Williamsburg        843-387-9400
P.O. Box 340
Salters, SC 29590

10-24-08