UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | ) |
| | ) |
| Plaintiff | ) |
| | ) CAUSE NO. 3:08-CV-510 RM |
| v. | ) |
| | ) |
| 104th WORLD SERIES, TAMPA BAY RAYS, | ) |
| and PHILADELPHIA PHILLIES, | ) |
| | ) |
| Defendants | ) |

OPINION AND ORDER

This case is frivolous and deserves no further judicial time. *See* Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000), and Gladney v. Pendleton Correctional Facility, 302 F.3d 773, 774 (7th Cir. 2002) (Sometimes, however, a suit is dismissed because the facts alleged in the complaint are so nutty ("delusional" is the polite word) that they're unbelievable, even though there has been no evidentiary hearing to determine their truth or falsity.) Therefore it will be dismissed.

This is the second frivolous case filed by Jonathan Lee Riches in this court. He is an abusive filer who has submitted hundreds of frivolous cases in federal courts across the country. In addition he has now begun to attempt to intervene in cases in which he has no legitimate interest. *See* In re FedEx Ground Package System, Inc, Employment Practices Litigation, 3:05-MD-527, MDL 1700. The United States Supreme Court has stated approvingly that, "Federal courts have both the inherent power and constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out

Article III functions." <u>In re McDonald</u>, 489 U.S. 180, 185 n. 8 (1989) citing <u>In re Martin-Trigona</u>, 737 F. 2d 1254, 1261 (2nd Cir. 1984). Mr. Riches has relentlessly harassed this court and other federal courts across the country. He is a federal prisoner confined in South Carolina who has demonstrated that he has no legitimate claims in this court. It is unnecessary to permit his abusive filings here to escalate further. Therefore he will be restricted from filing any other papers in this court.

For the foregoing reasons, the court:

(1) DISMISSES this complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

(2) RESTRICTS Jonathan Lee Riches from filing in this court;

(3) DIRECTS the clerk not to file anything submitted by or on behalf of Jonathan Lee Riches except for a notice of appeal from this order; and

(4) DIRECTS the clerk to note on the docket of this case any attempted filings in violation of this order.

ENTERED: October 31, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court